Name CORDERO A. MARTIN:.
Street Address 1800 Q St Apt. 404
City and County Bakersfield, Kern
State and Zip Code CA 93301
Telephone Number 279-444-2803

**FILED**

APR 28 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CORDERO ANTHONY MARTIN, Pro Se

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

THE CITY OF MCFARLAND, MCFARLAND POLICE DEPARTMENT

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:25 CV 00483-CDB

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: CORDERO ANTHONY MARTIN
   Street Address: 1800 Q St Apt 404
   City and County: Bakersfield, Kern
   State and Zip Code: CA 93301
   Telephone Number: 279 444 2803

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: THE CITY OF MCFARLAND
   Job or Title (if known):
   Street Address: 401 W. Kern Avenue
   City and County: McFarland, Kern
   State and Zip Code: California 93250
   Telephone Number: 661-792-3091

   Defendant No. 2
   Name: MCFARLAND POLICE DEPARTMENT
   Job or Title (if known):
   Street Address: 401 W. KERN AVENUE
   City and County: McFarland, Kern
   State and Zip Code: California 93250
   Telephone Number: 661-792-2121

2

Defendant No. 3

    Name     _____

    Job or Title (if known)     _____

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

Defendant No. 4

    Name     _____

    Job or Title (if known)     _____

    Street Address     _____

    City and County     _____

    State and Zip Code     _____

    Telephone Number     _____

## II. Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☑ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983, 28 U.S.C. § 1367; First-Fourth-Fourteenth Amendments.

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On May 19th 2024, McFarland Police Department officers violated my first amendment and fourth amendment falsely arresting me, causing defamation, financial strain, and loss of consortium. The City of McFarland through it police departments actions and policies enabled this misconduct. Please see attached rejected tort claim.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$2,333,899.97 for emotional distress and trauma; $1,595,475.98 for loss of consortium; $3,796,456.98 lost wages/opportunities blocked from USMS, sheriff, police, legal and city jobs. $497,876.83 for credit damage/vehicle repossession; $2,759,567.96 in punitive damages for malicious intent by McFarland Police and negligence by the city. Continued denial of legal counsel due to defamation.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 22, 2025

Signature of Plaintiff
Printed Name of Plaintiff   CORDERO ANTHONY MARTIN, PRO SE

# FORM G

## NOTICE OF REJECTION OF CLAIM

To: Cordero Anthony Martin
Address: #3583 P.O Box 1679 Sacramento, CA 95812

Notice is hereby given that the Claim which you presented to <u>City of McFarland</u> on <u>September 30, 2024</u> was rejected on <u>November 06, 2024</u>.

## WARNING

Subject to certain exceptions, you have six (6) months from the date this Notice of Rejection of Claim was personally delivered or deposited in the mail to file a court action on this Claim. (See Government Code Section 945.6.)

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

This Notice of Rejection of Claim applies only to claims under state law and shall not extend any time limits as may be imposed upon the claimant(s) for pursuit of the claimant(s)' rights under federal laws, statutes, or other sources of rights of recovery in favor of claimant(s).

Please also be advised that pursuant to Sections 128.5 et seq. and 1038 of the California Code of Civil Procedure, the (Name of Entity) will seek to recover all costs of defense in the event a legal action is filed on the matter and it is determined that the action was not filed in good faith and with reasonable cause, or as otherwise determined to justify the imposition of attorney's fees and costs of suit pursuant to such sections, as well as any other sections or laws inuring to the benefit of the (Name of Entity), its officers, officials, employees, agents, or representatives.

## PROOF OF SERVICE

On <u>November 06, 2024</u>, I served the within NOTICE OF REJECTION OF CLAIM on the claimant by placing a true copy thereof enclosed in sealed envelope in the outgoing mail addressed as requested by the claimant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in <u>City of McFarland</u> California, on <u>November 06, 2024</u>

_____Erika De La Cruz_____          _____[Signature]_____
        City Clerk                              (Signature)

Government Tort Claim Against McFarland

Claimant: Cordero Anthony Martin

Address: # 3583 P.O. Box 1679 Sacramento CA 95812

Summary of Claim:

Claim is based on unlawful arrest, due process violations, severe emotional distress, physical injuries and significant financial losses caused by negligence and wrongful conduct of the City of McFarland and its police department. The city's action have irreparably harmed my physical, emotional, and financial well being, violated my constitutional rights under California civil code § 52.1 (The Bane act) and directly led to the loss of significant job opportunities and wages in law enforcement. The legal turmoil resulted in a petition for divorce and request for spousal support further impacting my financial situation.

## Unlawful Arrest and Due Process Violations

I was unlawful arrested on May 19th 2024 one week after my anniversary facing misdemeanors and felony charges that had no probable cause. I was unlawfully detained and subjected to excessive force. The officers involved state after arresting me "were drawing up probable cause now" clearly indicating no probable cause before or during the arrest. I was wrongly re-arrested after missing a court date I was not properly notified about due to the citys failure with its services to be informed which is a violation of due process under the ~~fourth~~ fourteenth admendment

## Malicious Prosecution with intent to Harm

After already suffering injury and not properly notified of a court date a felony warrant without any legitimate grounds was issued. The aggressive prosecution was escalated when officers deployed K-9 units against me despite being no immediate threat or justification. After being notified of the felony warrant I was put back on calendar and rearrested for disagreeing with the judge causing me to bailed out a second time, for charges that have no basis.

## Emotional Distress and Psychological Trauma

The malicious prosecution has caused extreme emotional distess further worsening an honorably discharged veteran symptoms of anxiety, depression, and PTSD now evolving to C-PTSD. Damages are required under California civil code 52.1 § (Bane act)

## Loss of Consortium and Spousal Support

Due to the financial and emotional strain caused by the citys actions my wife has filed for divorce citing my inability to provide for our family. She seeks spousal support which will have a lasting impact on my ability to recover financially from this ordeal

— continued

Loss of consortium and Spousal Support continued

The loss of consortium and family unit destruction caused by wrongful actions of the city require damages under California civil code §3333 for the emotional, financial, and family harm suffered.

Loss of Job Opportunities and Wages

A direct impact of the false charges disqualified me from numerous law enforcement positions and positions within the County. To make matters worse I was an applicant at the McFarland Police Department and even trying to volunteer my time.

Credit Damage and Car repossession

The instability caused by this arrest led to repossession of one of my vehicles and due to family separation the totaling of another which has damaged both me and my spouses credit. Reducing it from the 700's to a number not known as I haven't checked due to the emotional toll.

Physical Assault and Injury

Due to repossession I was forced to walk or use an electric scooter which result in an assault at crosswalk for not walking fast enough and being hit by a vehicle after getting an MRI done for the police negligence which turned out to be a torn ACL and the impact from the car resulted in a concussion.

Smoking relapse and Health Issues

The stress has caused me to relapse in smoking cigarettes a habit I kicked on active duty in march of 2022.

Financial and Professional Damage

Lost wages and inability to obtain jobs such Assistant City Manager, Legal Secretary, Notary Public Comission and damage to reputation. The day of the officers solicited crimes trying to get someone to state I used illegal substances for being so upset that my son was assaulted and then officers arrived and treated me with no courtesy causing a tidal wave of affects.

10-14-2024    *[signature]*