UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDERO ANTHONY MARIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MCFARLAND, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00483-CDB<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

Plaintiff Cordero Anthony Marin ("Plaintiff"), proceeding pro se, filed this civil action on April 28, 2025. (Doc. 1). Plaintiff has not paid the $405.00 filing fee and submitted a motion to proceed *in forma pauperis*. (Doc. 2).

The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such [person] possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Here, the Court has reviewed Plaintiff's application (Doc. 2) and finds the requirements of 28 U.S.C. § 1915(a) are satisfied.

As to the status of Plaintiff's complaint, pursuant to 28 U.S.C. § 1915(e)(2), the Court is authorized to conduct an initial review of all pro se complaints where the plaintiff proceeds *in forma pauperis* to determine whether the complaint is legally sufficient under the applicable

1  pleading standards. *See Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) ("section 1915(e)
2  applies to all in forma pauperis complaints, not just those filed by prisoners"). The Court must
3  dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally
4  frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary
5  relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court
6  determines that the complaint fails to state a claim, leave to amend may be granted to the extent
7  that the deficiencies in the complaint can be cured by amendment.

8  Plaintiff's complaint will be screened in due course. Given the tremendous case backlog
9  experienced by all judges in the Eastern District of California, delays are inevitable. If
10 appropriate after the case has been screened, the Clerk of the Court will provide Plaintiff with the
11 requisite forms and instructions to request the assistance of the United States Marshal in serving
12 Defendants pursuant to Federal Rule of Civil Procedure 4.

13 **Conclusion and Order**

14 Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that
15 Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is GRANTED. Plaintiff's complaint
16 will be screened in due course.

17 IT IS SO ORDERED.

18 Dated:   **April 29, 2025**
19                                                                    UNITED STATES MAGISTRATE JUDGE

2